IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JORGE A. ARREDONDO, #1698006, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:19-cv-470 |
| SGT. DANIEL JETT, ET AL., | § § § | |
| Defendant. | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Jorge Arredondo, an inmate confined at the Clements Unit within the Texas Department of Criminal Justice proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On December 23, 2019, Judge Mitchell issued a Report recommending that Plaintiff's civil rights lawsuit be dismissed with prejudice as frivolous and for failure to state a claim upon which relief can be granted (Docket No. 13). A copy of this Report was sent to Plaintiff at his address, with an acknowledgment receipt. Plaintiff has timely filed objections (Docket No. 16) and a motion for reconsideration (Docket No. 17).

The Court has conducted a careful de novo review of the record and the Magistrate

1

Judge's proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1) (District Judge shall "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such de novo review, the Court has determined that the Report of the United States Magistrate Judge is correct and that Plaintiff's objections are without merit.

Accordingly, it is **ORDERED** that the Report of the United States Magistrate Judge (Docket No. 13) is **ADOPTED** as the opinion of the Court. Plaintiff's objections (Docket No. 16) are **OVERRULED**. And Plaintiff's motion for reconsideration (Docket No. 17) is **DENIED**.

Further, it is **ORDERED** that Plaintiff's civil rights lawsuit is **DISMISSED** with prejudice as frivolous and for failure to state a claim upon which relief can be granted.

Finally, it is **ORDERED** that all other motions that may be pending in this civil action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **17th** day of **February, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE